IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.155.137.5

**ISP:** Comcast Cable
**Physical Location:** Sugar Land, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/24/2018 23:37:47 | 9A679F668557C8D0CFE6A0A29EE7A2C8EFF2670C | Never Have I Ever Had A Threesome Like This |
| 01/27/2018 02:58:27 | 35E22DBCFE5979BD2F04649001A95609EF80E65A | Your Fantasy Awaits |
| 12/18/2017 19:04:54 | 9499CBF530FFAFA39DB216415BFC663108A9FE55 | Your Luckiest Night |
| 10/21/2017 13:31:45 | 9A158E376CBB37E2387F613C2D174336C215DD38 | Blonde College Girl Perfection |
| 10/21/2017 13:01:46 | 342CA52929F0C08047D8D0239687F69E319626A5 | Hot Euro Brunettes |
| 08/01/2017 11:30:00 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX171